Certificate Number: 12433-PAE-DE-033916258

Bankruptcy Case Number: 19-17179



12433-PAE-DE-033916258

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 7, 2020, at 9:56 o'clock AM EST, Cynthia Elaine Maci completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 7, 2020

By: /s/Lance Brechbill

Name: Lance Brechbill

Title: Teacher