**IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In Re: | **Cynthia E. Maci** <br> **Debtor** | ) <br> ) <br> ) <br> ) <br> ) | Chapter 13 <br><br> No. 19-17179-JKF |

### CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                                                  **/s/David M. Offen**
                                                  David M. Offen
                                                  Attorney for Debtor(s)

**Date:2/18/20**