## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cynthia E. Maci <br>                         Debtor(s) <br><br> Nationstar Mortgage LLC d/b/a Mr. Cooper, its successors and/or assigns <br>                         Movant <br>          vs. <br> Cynthia E. Maci <br>                         Debtor(s) <br><br> Scott Waterman <br>                         Trustee | CHAPTER 13 <br><br> NO. 19-17179 JKF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Objection to Confirmation of Nationstar Mortgage LLC d/b/a Mr. Cooper, which was filed with the Court on or about **January 16, 2020, docket number 13**.

                                                     Respectfully submitted,

                                                   By: **/s/ Rebecca A. Solarz, Esquire**
                                                       Rebecca A. Solarz, Esquire
                                                       KML Law Group, P.C.
                                                       BNY Mellon Independence Center
                                                       701 Market Street, Suite 5000
                                                       Philadelphia, PA  19106
                                                       215-627-1322
                                                       Attorney for Movant/Applicant

May 1, 2020