United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Cynthia E Maci  
      Debtor

Case No. 19-17179-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Stacey | Page 1 of 1 | Date Rcvd: May 28, 2020 |
|---|---|---|---|
| | Form ID: 155 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2020.
db            +Cynthia E Maci,    249 W. Duval Street,    Philadelphia, PA 19144-2507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2020 at the address(es) listed below:
      DAVID M. OFFEN    on behalf of Debtor Cynthia E Maci dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
      KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                            TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Cynthia E Maci
    Debtor(s)

Chapter: 13
Bankruptcy No: 19−17179−jkf

___

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this May 27, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Jean K. FitzSimon
Judge ,
United States Bankruptcy Court

23
Form 155