IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                      :      CHAPTER 13

CYNTHIA E. MACI             :      No. 19-17179-ELF
        Debtor


ANSWER TO MOTION FOR RELIEF OF NATIONSTAR MORTGAGE AND
CERTIFICATE OF SERVICE


The Debtor missed a few payments but asks for a chance to get caught up. He is able to continue to pay the mortgage and the

WHEREFORE Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief to allow him to get caught up.




                              /s/ David M. Offen
                              David M. Offen
                              Attorney for Debtor

Dated: 1/11/2021

A copy of this response is being served on Rebecca Solarz, Esq. by Electronic Mail.

                              /s/ David M. Offen
                              David M. Offen
                              Attorney for Debtor