| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-17179-AMC**

Cynthia E Maci
249 W. Duval Street
Philadelphia  PA    19144

Petition Filed Date: 11/15/2019
341 Hearing Date: 01/10/2020
Confirmation Date: 05/27/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/23/2020 | $470.00 | | 02/14/2020 | $470.00 | | 03/13/2020 | $470.00 | |
| 04/15/2020 | $470.00 | | 05/22/2020 | $470.00 | | 06/16/2020 | $470.00 | |
| 07/17/2020 | $470.00 | | 08/18/2020 | $470.00 | | 09/17/2020 | $470.00 | |
| 10/19/2020 | $470.00 | | 11/17/2020 | $470.00 | | 12/16/2020 | $470.00 | |
| 01/19/2021 | $470.00 | | 02/19/2021 | $470.00 | | 03/15/2021 | $470.00 | |
| 04/15/2021 | $470.00 | | 05/17/2021 | $470.00 | | | | |

**Total Receipts for the Period: $7,990.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $8,460.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Cynthia E Maci | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $11,522.88 | $0.00 | $11,522.88 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $865.80 | $0.00 | $865.80 |
| 3 | PINNACLE CREDIT SERVICES LLC<br>»» 003 | Unsecured Creditors | $671.63 | $0.00 | $671.63 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 004 | Unsecured Creditors | $524.87 | $0.00 | $524.87 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $4,237.99 | $0.00 | $4,237.99 |
| 6 | AMERICAN EXPRESS NATIONAL BANK<br>»» 006 | Unsecured Creditors | $888.42 | $0.00 | $888.42 |
| 7 | NATIONSTAR MORTGAGE LLC<br>»» 007 | Mortgage Arrears | $862.08 | $0.00 | $862.08 |
| 8 | MIDLAND CREDIT MANAGEMENT INC<br>»» 008 | Unsecured Creditors | $11,538.82 | $0.00 | $11,538.82 |
| 9 | UNITED STATES TREASURY (IRS)<br>»» 09P | Priority Crediors | $7,737.09 | $3,513.14 | $4,223.95 |
| 10 | UNITED STATES TREASURY (IRS)<br>»» 09U | Unsecured Creditors | $483.74 | $0.00 | $483.74 |
| 11 | CAVALRY INVESTMENTS LLC<br>»» 010 | Unsecured Creditors | $6,321.53 | $0.00 | $6,321.53 |
| 12 | CAVALRY INVESTMENTS LLC<br>»» 011 | Unsecured Creditors | $484.03 | $0.00 | $484.03 |
| 13 | CITIBANK NA<br>»» 012 | Unsecured Creditors | $1,187.65 | $0.00 | $1,187.65 |

**Chapter 13 Case No. 19-17179-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 14 | KEYSTONE COLLECTIONS GROUP »» 013 | Unsecured Creditors | $904.54 | $0.00 | $904.54 |
| 15 | KEYSTONE COLLECTIONS GROUP »» 014 | Unsecured Creditors | $904.51 | $0.00 | $904.51 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $4,224.00 | $4,224.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,460.00 | Current Monthly Payment: | $470.00 |
| Paid to Claims: | $7,737.14 | Arrearages: | $0.00 |
| Paid to Trustee: | $722.86 | Total Plan Base: | $16,920.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.