| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-17179-AMC

Cynthia E Maci  
249 W. Duval Street  
Philadelphia  PA   19144

Petition Filed Date: 11/15/2019  
341 Hearing Date: 01/10/2020  
Confirmation Date: 05/27/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/15/2021 | $470.00 | | 05/17/2021 | $470.00 | | 06/17/2021 | $470.00 | |
| 07/13/2021 | $470.00 | | 08/23/2021 | $470.00 | | 09/17/2021 | $470.00 | |
| 10/19/2021 | $470.00 | | 11/16/2021 | $470.00 | | 12/14/2021 | $470.00 | |
| 01/18/2022 | $470.00 | | 02/15/2022 | $470.00 | | 03/29/2022 | $470.00 | |
| 04/25/2022 | $470.00 | | 05/16/2022 | $470.00 | | 06/17/2022 | $470.00 | |
| 07/15/2022 | $470.00 | | | | | | | |

**Total Receipts for the Period: $7,520.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $15,040.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Cynthia E Maci | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $11,522.88 | $264.36 | $11,258.52 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $865.80 | $19.87 | $845.93 |
| 3 | PINNACLE CREDIT SERVICES LLC<br>»» 003 | Unsecured Creditors | $671.63 | $15.40 | $656.23 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 004 | Unsecured Creditors | $524.87 | $0.00 | $524.87 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $4,237.99 | $97.23 | $4,140.76 |
| 6 | AMERICAN EXPRESS NATIONAL BANK<br>»» 006 | Unsecured Creditors | $888.42 | $20.39 | $868.03 |
| 7 | NATIONSTAR MORTGAGE LLC<br>»» 007 | Mortgage Arrears | $862.08 | $862.08 | $0.00 |
| 8 | MIDLAND CREDIT MANAGEMENT INC<br>»» 008 | Unsecured Creditors | $11,538.82 | $264.72 | $11,274.10 |
| 9 | UNITED STATES TREASURY (IRS)<br>»» 09P | Priority Crediors | $7,737.09 | $7,737.09 | $0.00 |
| 10 | UNITED STATES TREASURY (IRS)<br>»» 09U | Unsecured Creditors | $483.74 | $0.00 | $483.74 |
| 11 | CAVALRY SPV INVESTMENTS LLC<br>»» 010 | Unsecured Creditors | $6,321.53 | $145.02 | $6,176.51 |
| 12 | CAVALRY SPV INVESTMENTS LLC<br>»» 011 | Unsecured Creditors | $484.03 | $0.00 | $484.03 |
| 13 | CITIBANK NA<br>»» 012 | Unsecured Creditors | $1,187.65 | $27.25 | $1,160.40 |

**Chapter 13 Case No. 19-17179-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 14 | KEYSTONE COLLECTIONS GROUP »» 013 | Unsecured Creditors | $904.54 | $20.75 | $883.79 |
| 15 | KEYSTONE COLLECTIONS GROUP »» 014 | Unsecured Creditors | $904.51 | $20.75 | $883.76 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $4,224.00 | $4,224.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $15,040.00 | | Current Monthly Payment: | $470.00 |
| Paid to Claims: | $13,718.91 | | Arrearages: | $0.00 |
| Paid to Trustee: | $1,286.86 | | Total Plan Base: | $16,920.00 |
| Funds on Hand: | $34.23 | | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.