United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-17179-amc
Cynthia E Maci     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Nov 22, 2022     Form ID: 138OBJ     Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cynthia E Maci, 249 W. Duval Street, Philadelphia, PA 19144-2507 |
| 14463308 | + | Centennial School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14422070 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14422071 | + | Michael J. Dougherty, Esq., 170 S. Independence Mall West, Suite 874 West, Philadelphia, PA 19106-3323 |
| 14431088 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14422073 | | Robert M Kline, Esq., 425 Commerce Drive, Suite 150, Philadelphia, PA 19119 |
| 14463310 | + | Township of Warminster, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 23 2022 00:05:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 23 2022 00:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14422062 | | Email/Text: collectors@arresourcesinc.com | Nov 23 2022 00:05:00 | AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 14448907 | | Email/PDF: bncnotices@becket-lee.com | Nov 23 2022 00:14:50 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14422061 | + | Email/PDF: bncnotices@becket-lee.com | Nov 23 2022 00:14:39 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14422064 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2022 00:14:44 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14430402 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 23 2022 00:14:39 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14454967 | + | Email/Text: bankruptcy@cavps.com | Nov 23 2022 00:05:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14454968 | + | Email/Text: bankruptcy@cavps.com | Nov 23 2022 00:05:00 | Cavalry SPV II, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14422065 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2022 00:14:45 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14457007 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2022 00:14:45 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14422066 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2022 00:14:40 | Citibank/The Home Depot, Attn: |

Case 19-17179-amc   Doc 44   Filed 11/24/22   Entered 11/25/22 00:34:49   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 22, 2022 | Form ID: 138OBJ | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14422067 | + | Email/Text: mediamanagers@clientservices.com | Nov 23 2022 00:05:00 | Client Services, Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 14422068 | | Email/Text: mrdiscen@discover.com | Nov 23 2022 00:05:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14429754 | | Email/Text: mrdiscen@discover.com | Nov 23 2022 00:05:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14422069 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 23 2022 00:05:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14447751 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2022 00:14:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14452081 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 23 2022 00:05:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14422072 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 23 2022 00:05:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14430333 | ^ | MEBN | Nov 23 2022 00:00:56 | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14450348 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 23 2022 00:05:00 | Nationstar Mortgage LLC dba Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14430409 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2022 00:14:45 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14446041 | | Email/Text: bnc-quantum@quantum3group.com | Nov 23 2022 00:05:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14422074 | + | Email/Text: bankruptcy@second-round.com | Nov 23 2022 00:05:00 | Second Round, LP, Attn: Bankruptcy Dept, Po Box 41955, Austin, TX 78704-0033 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14422063 | *P++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287, address filed with court:, AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 24, 2022                Signature:    /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Nov 22, 2022 | Form ID: 138OBJ | Total Noticed: 31

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Debtor Cynthia E Maci dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Cynthia E Maci
      Debtor(s)

Case No: 19−17179−amc
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/22/22

43 − 42
Form 138OBJ